No. 294.  F. P. SEEKATZ, PLAINTIFF IN ERROR, *v.* THE MEDINA VALLEY IRRIGATION COMPANY ET AL.  In error to the District Court of the United States for the Western District of Texas.  Argued for the plaintiff in error and submitted for the defendant in error March 15 and 16, 1916.  Decided March 20, 1916.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380; (2) *Mississippi & Red River Boom Co.* v. *Patterson,* 98 U. S. 403; *Madisonville Traction Co.* v. *St. Bernard Mining Co.,* 196

U. S. 239; *Mason City &c. Railroad* v. *Boynton,* 204
U. S. 570; (3) *Chicago, Burlington & Quincy R. R.* v.
*Chicago,* 166 U. S. 226, 244–245; *Bauman* v. *Ross,* 167
U. S. 548, 593; *Backus* v. *Fort Street Depot Co.,* 169 U. S.
557, 569; (4) *Fallbrook Irrigation District* v. *Bradley,* 164
U. S. 112; *Hairston* v. *Danville & Western Ry.,* 208
U. S. 598; *O'Neill* v. *Leamer,* 239 U. S. 244, 253–254.
*Mr. C. L. Bass, Mr. T. T. VanderHoeven* and *Mr. Joseph
W. Bailey* for the plaintiff in error. *Mr. Floyd McGown*
for the defendant in error.